NOTICE TO COUNSEL:

To enable judges and magistrate judges of the court to evaluate possible disqualification or recusal, counsel for a private (non-governmental) business, company, or corporation shall submit at the time of initial pleading this statement of corporate affiliations and financial interest.

## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WISCONSIN

ADAM EBERLE

Case No. 19-cv-466

v.

OVERDRIVE, INC. d/b/a OVERDRIVE DIGITAL, INC.

## DISCLOSURE OF CORPORATE AFFILIATIONS
## AND FINANCIAL INTEREST

I, the undersigned counsel of record for OVERDRIVE, INC. d/b/a OVERDRIVE DIG ⊞, make the following disclosure:

1. Is said party a subsidiary or affiliate of a publicly owned corporation?

   ☒ YES     ☐ NO

   If the answer is YES, list below and identify the parent corporation or affiliate and the relationship between it and the named party:
   OverDrive is owned by Rakuten Inc., publicly traded on the Tokyo stock exchange

2. Is there a publicly owned corporation, not a party to this case, that has a financial interest in the outcome?

   ☒ YES     ☐ NO

   If the answer is YES, list the identity of such corporation and the nature of the financial interest to the named party:
   Rakuten Inc.  Rakuten Inc. is the parent corporation to OverDrive, a wholly owned subsidiary

/s/ Michael Gotzler                          June 6, 2019

Signature of Counsel                         Date

4/19/11