UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN
_____

ADAM EBERLE,

       Plaintiff,                  NOTICE OF APPEAL

vs.                                Case No.: 19-CV-466

OVERDRIVE, INC. d/b/a
OVERDRIVE DIGITAL, INC.,

       Defendant.
_____

    Notice is given that the Plaintiff, Adam Eberle, appeals to the United States Court of Appeals for the Seventh Circuit from the Opinion and Order on Motion for Reconsideration and Attorneys' Fees entered in this action on June 29, 2020, as well as the underlying opinions and decision related to that Order.

    Date and signed this 24th day of July, 2020.

               LAW FIRM OF CONWAY, OLEJNICZAK & JERRY, S.C.
               Attorneys for Plaintiff.

               *s/ David H. Weber*
               _____
               David H. Weber, WI State Bar No. 1043009
               231 South Adams Street
               Green Bay, WI  54301
               Telephone: (920) 437-0476
               Facsimile: (920) 437-2868
               Email:  dhw@lcojlaw.com