IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

ADAM EBERLE,

                Plaintiff,

v.                                                     ORDER

OVERDRIVE, INC. d/b/a                        19-cv-466-jdp
OVERDRIVE DIGITAL, INC.,

                Defendant.

---

The court of appeals has remanded this case so that I can modify my previous orders, as provided in my indicative ruling, Dkt. 58. Because the parties have reached a settlement at the court of appeals, I modify Dkt. 28 and Dkt. 42 to rescind the requirement that plaintiff pay defendant $12,852 in attorney fees and $567.43 in costs.

Entered July 30, 2021.

                                                  BY THE COURT:

                                                  _____

                                                  JAMES D. PETERSON
                                                  District Judge